THE HONORABLE BARBARA J. ROTHSTEIN

<h1 style="text-align:center">UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF WASHINGTON</h1>

| | |
|---|---|
| LINDA SONG, RACHEL GURLEY, ANDREW LUNA, MARIO GORDON, and MELANI GORDON, individually and on behalf of classes of similarly situated individuals,<br><br>        Plaintiffs,<br><br>  v.<br><br>T-MOBILE USA, INC.,<br><br>        Defendant. | No. 2:21-cv-01460-BJR<br><br>**STIPULATED MOTION AND ORDER TO STAY PROCEEDINGS PENDING JPML'S RULING ON TRANSFER** |

STIPULATED MOTION AND ORDER
TO STAY PROCEEDINGS
(No. 2:21-cv-01460-BJR) - 1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Case 4:21-cv-00908-BCW    Document 13    Filed 11/17/21    Page 1 of 5

| | |
|---|---|
| 1 | Under Western District of Washington Local Rules 7(d)(1) and 10(g), Plaintiffs Linda Song, Rachel Gurley, Andrew Luna, Mario Gordon, and Melani Gordon, and Defendant T-Mobile USA, Inc. (together "the Parties"), hereby stipulate to stay all proceedings and deadlines in this action until the Judicial Panel on Multidistrict Litigation ("JPML") rules on the pending motion to transfer under 28 U.S.C. § 1407 ("MDL Petition"). *See In re: T-Mobile Customer Data Sec. Breach Litig.* ("*In re: T-Mobile*"), MDL No. 3019 (ECF No. 1). In support of this stipulated motion, the Parties state: |

Plaintiffs filed this case on October 27, 2021. *See* ECF No. 1. In a related case, this Court recently granted T-Mobile's motion requesting a stay pending the JPML's ruling on the MDL Petition, finding:

> Any delay arising from a stay is likely to be short, and Plaintiffs have not demonstrated that any significant prejudice would result from a short stay. A stay is also likely to conserve judicial resources, as well as the parties' resources, until the JPML decides whether (and if so, where) to transfer the dozens of similar cases for coordinated or consolidated pretrial proceedings.

*Daruwalla v. T-Mobile USA, Inc.*, No. 2:21-cv-01118-BJR (W.D. Wash. Oct. 29, 2021) (ECF No. 39). The Parties therefore respectfully request that the Court enter a short stay of all proceedings here, including the deadlines for responding to the complaint, filing any motion to dismiss or moving to compel arbitration, until the JPML rules on the MDL Petition.

Dated: November 16, 2021

STIPULATED MOTION AND ORDER
TO STAY PROCEEDINGS
(No. 2:21-cv-01460-BJR) - 2

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Case 4:21-cv-00908-BCW    Document 13    Filed 11/17/21    Page 2 of 5

| | |
|---|---|
| By: /s/ Steve Y. Koh<br>Steve Y. Koh, WSBA No. 23284<br>Kathleen M. O'Sullivan, WSBA No. 27850<br>Lauren J. Tsuji, WSBA No. 55839<br>**PERKINS COIE LLP**<br>1201 Third Avenue, Suite 4900<br>Seattle, WA 98101-3099<br>Telephone: 206.359.8000<br>Facsimile: 206.359.9000<br>E-mail: SKoh@perkinscoie.com<br>KOSullivan@perkinscoie.com<br>LTsuji@perkinscoie.com<br><br>Kristine McAlister Brown (*pro hac vice* forthcoming)<br>**ALSTON & BIRD LLP**<br>1201 West Peachtree Street<br>Atlanta, GA 30309<br>Telephone: (404) 881-7000<br>Facsimile: (404) 881-7777<br>E-mail: kristy.brown@alston.com<br><br>*Attorneys for Defendant T-Mobile USA, Inc.* | By: /s/ Kim D. Stephens<br>Kim D. Stephens, P.S., WSBA #11984<br>Jason T. Dennett, WSBA #30686<br>Kaleigh N. Powell, WSBA #52684<br>**TOUSLEY BRAIN STEPHENS PLLC**<br>1200 Fifth Avenue, Suite 1700<br>Seattle, WA 98101<br>Telephone: (206) 682-5600<br>Facsimile: (206) 682-2992<br>E-mail: jdennett@tousley.com<br>kstephens@tousley.com<br>kpowell@tousley.com<br><br>Daniel J. Mogin (State Bar No. 95624)<br>Jennifer M. Oliver (State Bar No. 311196)<br>Timothy Z. LaComb (State Bar No. 314244)<br>**MOGINRUBIN LLP**<br>600 W. Broadway, Suite 3300<br>San Diego, CA 92101<br>Telephone: (619) 687-6611<br>Facsimile: (619) 687-6610<br>E-mail: dmogin@moginrubin.com<br>joliver@moginrubin.com<br>tlacomb@moginrubin.com<br><br>Jonathan L. Rubin<br>1615 M Street, NW, Third Floor<br>Washington, D.C. 20036<br>Telephone: (202) 630-0616<br>Facsimile: (877) 247-8586<br>E-mail: jrubin@moginrubin.com |

STIPULATED MOTION AND ORDER
TO STAY PROCEEDINGS
(No. 2:21-cv-01460-BJR) - 3

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Case 4:21-cv-00908-BCW   Document 13   Filed 11/17/21   Page 3 of 5

Norman E. Siegel
Barrett J. Vahle
J. Austin Moore
**STUEVE SIEGEL HANSON LLP**
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Telephone: (816) 714-7100
E-mail: siegel@stuevesiegel.com
vahle@stuevesiegel.com
moore@stuevesiegel.com

James Pizzirusso
**HAUSFELD LLP**
888 16th Street N.W., Suite 300
Washington, DC 20006
Telephone: 202-540-7200
jpizzirusso@hausfeld.com

Steven M. Nathan
**HAUSFELD LLP**
33 Whitehall St., 14th Floor
New York, NY 10004
Telephone: (646) 357-1100
snathan@hausfeld.com

*Attorneys for Plaintiffs*

STIPULATED MOTION AND ORDER
TO STAY PROCEEDINGS
(No. 2:21-cv-01460-BJR) - 4

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Case 4:21-cv-00908-BCW   Document 13   Filed 11/17/21   Page 4 of 5

**ORDER**

IT IS SO ORDERED.

Dated this 17th day of November, 2021.

                                                  s/Barbara J. Rothstein
                                                Barbara J. Rothstein
                                                U.S. District Court Judge

Presented by:

Steve Y. Koh, WSBA No. 23284
Kathleen M. O'Sullivan, WSBA No. 27850
Lauren J. Tsuji, WSBA No. 55839
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
E-mail: SKoh@perkinscoie.com
        KOSullivan@perkinscoie.com
        LTsuji@perkinscoie.com

Kristine McAlister Brown (*pro hac vice* forthcoming)
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, GA 30309
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
E-Mail: kristy.brown@alston.com

*Attorneys for Defendant T-Mobile USA, Inc.*

STIPULATED MOTION AND ORDER
TO STAY PROCEEDINGS
(No. 2:21-cv-01460-BJR) - 5

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Case 4:21-cv-00908-BCW   Document 13   Filed 11/17/21   Page 5 of 5